IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL UNION NO. 98 HEALTH & WELFARE FUND, et al. | : : : : : | CIVIL ACTION |
| v. | : : | |
| LMI ELECTRIC INC, et al. | : | NO. 15-380 |

ORDER

AND NOW, this 17th day of July, 2015, upon consideration of plaintiffs' second amended complaint, defendants' second motion to dismiss the amended complaint (docket entry #13), and plaintiffs' response in opposition thereto, and for the reasons set forth in our Memorandum issued this day, it is hereby ORDERED that:

1. Defendants' second motion to dismiss the amended complaint (docket entry #13) is DENIED; and

2. Defendants shall ANSWER plaintiffs' second amended complaint by noon on July 30, 2015.

BY THE COURT:

\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.